463 A.2d 57

Commonwealth v. Howard, Appellant.

Submitted March 31, 1983. William Lewis Garvin, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.